## BOYER, appellant, v. BROWN.

*Practice — appeal from order setting aside verdict — Case not containing all the evidence — Costs.*

Where a verdict was set aside in the county court on the ground that it was against the evidence, and the case on appeal did not profess to contain the whole evidence; *held,* that the court could not say that it was not properly granted.

The costs on granting a new trial in such case were in the discretion of the county judge.

APPEAL from an order at the Herkimer county court setting aside a verdict as against the evidence. The action was brought in a justice's court by Hiram Boyer against Roswell D. Brown, to recover for work, labor and services of plaintiff's team and workmen.

*Link & Dennison,* for appellant.

*Burrows & Palmer,* for respondent.

E. DARWIN SMITH, J.

*Order affirmed.*